DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHANE MICHAEL HALLERMEIER,

Appellant,

v.

EZEQUIEL PEREZ PEREZ and U-HAUL CO. OF FLORIDA,

Appellees.

No. 2D2025-0603

————————————————

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Melissa Polo, Judge.

Marc B. Hernandez and Matthew E. Haynes of Lytal, Reiter, Smith, Ivey & Fronrath, West Palm Beach, for Appellant.

No appearance for Appellees.

PER CURIAM.

Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.